Irene J. Preis, Appellant, v. Eugene K. Preis, Appellee.

Gen. No. 47,392.

First District, Second Division.
June 3, 1958.
Rehearing denied June 20, 1958.
Released for publication June 20, 1958.

Gariepy & Gariepy (Fred A. Gariepy, and John Spalding, of counsel) for appellant; Marovitz, Powell & Pizer, and L. Louis Karton, for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.